JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John A. Lorant, M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>Shriners Hospital For Children, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-1006 DSF (MRWx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE DALE S. FISCHER<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [115]**<br><br>FRCP Rule 41(a)(1)(A)(ii)<br><br>Pretrial Conference: May 6, 2019<br>Trial Date: Not Set<br>Complaint Filed: January 6, 2017<br>(originally filed in Los Angeles Superior Court) |

## **<u>ORDER</u>**

The Court having considered the Stipulation of the Parties, and good cause appearing therefore, it is hereby **Ordered** that this action is dismissed, in its entirety, with prejudice.  Except to the extent they have stipulated or agreed otherwise, Plaintiff and Defendant shall each bear their own respective attorneys' fees and costs of suit.


Dated:  March 28, 2019

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE